Jeremy L. Bordelon, OSB No. 160789
jeremy@evergreendisability.com
Evergreen Disability Law
465 Northeast 181st Ave., No. 500
Portland, Oregon 97230
(503) 888-9331

Brady Mertz, OSB No. 970814
685 Church Street NE
Salem, OR 97301
brady@bradymertz.com
Phone No. 503.385.0121
Fax No. 503.375.0121

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LISA CRAIG, | Civil No. 3:21-cv-00552-AC |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL of Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA |
| MODA PARTNERS, INC., The MODA PARTNERS, INC. HEALTH AND WELFARE BENEFITS PLAN, and UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

Plaintiff hereby stipulates that defendant Unum Life Insurance Company of America may be dismissed as a party in this matter, with prejudice. Plaintiff has settled her claims with this individual defendant, with Plaintiff and defendant Unum each agreeing to bear their own costs and attorney's fees. Plaintiff is not at this time dismissing any individual cause of action stated in her Complaint, nor any of the remaining defendants.

STIPULATION TO DISMISS DEFENDANT UNUM          1

BY: *s/Jeremy L. Bordelon*
Jeremy L. Bordelon, OSB No. 160789

## CERTIFICATE OF SERVICE

On March 3, 2022, I filed this document with the Court's electronic filing system, which will deliver an electronic copy to all parties and counsel noted on the Notice of Electronic Filing, including counsel for the Defense listed below. Any other parties not listed as receiving an electronic copy on the NEF will receive a copy by U.S. Mail.

Ronald J. Clark (ron.clark@bullivant.com)
Peder Rigsby (peder.rigsby@bullivant.com)
Bullivant Houser Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022

Robert Miller (bobmiller@kilmerlaw.com)
Kilmer, Voorhees & Laurick, P.C.
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210

Respectfully submitted,

BY: *s/Jeremy L. Bordelon*
Jeremy L. Bordelon, OSB No. 160789